UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SCOTT CAHILL,                         :
                                      :    Civil Action No. 10-2966 (RBK)
            Plaintiff,                :
                                      :
       v.                             :    **ORDER**
                                      :
FEDERAL BUREAU OF PRISONS,            :
                                      :
            Defendants.               :    **CLOSED**

For the reasons expressed in the Opinion filed herewith,

IT IS on this   17th   day of    June   , 2010,

ORDERED that Plaintiff's application to proceed in forma pauperis is hereby DENIED, without prejudice; and it is further

ORDERED that the Clerk of the Court shall supply to Plaintiff a blank form Application, for use by a prisoner, to Proceed In Forma Pauperis in a Civil Rights Case; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

ORDERED that if Plaintiff wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days of the date of entry of this Order; Plaintiff's writing shall include either (1) a complete in forma pauperis application, including an affidavit of indigence and six-month prison account

statement, certified by the appropriate official of each prison at which the prisoner is or was confined, or (2) the $350 filing fee.

s/Robert B. Kugler<br>
Robert B. Kugler<br>
United States District Judge